UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EMIL GASPERONI, JR. and JEAN E. GASPERONI,

        Plaintiffs,

v.

ANDREW A. STRAUSS,

        Defendant.
_____/

Case No. 6:19-cv-01308-40-EJK

### JOINT MOTION TO EXTEND EXPERT DISCLOSURE AND DISCOVERY DEADLINES

Plaintiffs Emil Gasperoni, Jr., and Jean E. Gasperoni, and Defendant, Andrew A. Strauss, pursuant to Federal Rules of Civil Procedure 6(b) and 16(b)(4), hereby file their Joint Motion to Extend Expert Disclosure and Discovery Deadlines and state:

1. On August 27, 2019, the Court entered a Case Management and Scheduling Order (Doc. 19). The Order contained the following deadlines:

| | |
|---|---|
| Plaintiff Expert Disclosure: | July 1, 2020 |
| Defendant Expert Disclosure: | August 3, 2020 |
| Discovery Deadline: | September 1, 2020 |
| Dispositive, *Daubert*, *Markman*: | October 1, 2020 |
| Trial Term: | February 1, 2021 |

2. On June 26, 2020, Plaintiffs filed an Unopposed Motion to Modify Case Management and Scheduling Order (Doc. 53).

3. On June 29, 2020, the Court entered an Order (Doc. 54) granting the Motion in part and denying it in part. Pursuant to the Order, the Court entered an Amended Case

O2976797.v1

Management and Scheduling Order (Doc. 55). It extended the deadlines to:

| | |
|---|---|
| Plaintiff Expert Disclosure: | September 1, 2020 |
| Defendant Expert Disclosure: | October 1, 2020 |
| Discovery Deadline: | November 2, 2020 |
| Dispositive, *Daubert*, *Markman*: | December 1, 2020 |
| Trial Term: | April 5, 2021 |

4.  The parties have recently been engaging in substantive settlement discussions and believe the action may possibly be resolved shortly. Accordingly, the parties wish to preserve resources, avoid additional costs, and focus on the settlement discussions.

5.  The parties respectfully request to extend the expert disclosure and discovery deadlines to:

| | |
|---|---|
| Plaintiffs Expert Disclosure: | October 1, 2020 |
| Defendant Expert Disclosure: | October 23, 2020 |
| Discovery Deadline: | November 16, 2020 |

6.  The parties have scheduled their respective depositions in early September. The extensions should afford the parties sufficient time to complete settlement negotiations without incurring the significant cost of depositions. To the extent settlement is not reached, the parties will still be able comply with the existing dispositive motion deadline and trial term.

### Memorandum of Law

Under Rule 16(b)(4) of the Federal Rules of Civil Procedure, a case management and scheduling order can be modified when there is a showing of good cause. Furthermore, this Court has broad discretion to modify its pretrial order. *See, e.g.*, *Gadsby v. Am. Golf Corp. of Cal.*, 2012 WL 2368568, at *1 (M.D. Fla. June 21, 2012) ("District courts have broad discretion in managing their cases . . . . The Court clearly has the discretion to extend or

2

O2976797.v1

modify deadlines within a case management and scheduling order to enlarge the discovery period."). The parties are seeking this relief in light of the possibility of resolution, which constitutes good cause.

WHEREFORE, the parties respectfully request the current deadlines be extended as stated above.

| | |
|---|---|
| */s/ Tim W. Sobczak* | */s/ Peter Bartoszek* |
| Marc D. Chapman | Raymond E. Watts, Jr. (816442) |
| Florida Bar No. 872059 | rwatts@wickersmith.com |
| Tim W. Sobczak | Peter Bartoszek (1015519) |
| Florida Bar No. 84707 | pbartoszek@wickersmith.com |
| Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A. | WICKER SMITH O'HARA MCCOY & FORD, P.A. |
| 420 S. Orange Avenue, Suite 700 | Attorneys for Andrew A. Strauss |
| Orlando, FL 32801 | 390 N. Orange Ave., Suite 1000 |
| Phone: (407) 841-1200 | Orlando, FL 32801 |
| Fax: (407) 423-1831 | Phone: (407) 843-3939 |
| Primary Email: mchapman@deanmead.com tsobczak@deanmead.com | Fax: (407) 649-8118 *Attorneys for Defendant* |
| Secondary Email: kgovin@deanmead.com | |
| *Attorneys for Plaintiffs* | |

3

O2976797.v1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2020, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF system which will send notice of electronic filing to all AM/ECF participants.

/s/ Tim W. Sobczak
Marc D. Chapman
Florida Bar No. 872059
Tim W. Sobczak
Florida Bar No. 84707
Dean, Mead, Egerton, Bloodworth,
    Capouano & Bozarth, P.A.
420 S. Orange Avenue, Suite 700
Orlando, FL  32801
Phone:  (407) 841-1200
Fax:  (407) 423-1831
Primary   Email:   mchapman@deanmead.com
tsobczak@deanmead.com
Secondary Email:  kgovin@deanmead.com
*Attorneys for Plaintiffs*